

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| COUNTY OF EL PASO, SELF-INSURED, | § § | No. 08-15-00079-CV |
| Appellant, | § | Appeal from |
| v. | § | County Court at Law No. 6 |
| MARY OROZCO, | § | of El Paso County, Texas |
| Appellee. | § § | (TC # 2009-2091) |

## J U D G M E N T

This Court has considered this cause on the record and concludes that there was error in the judgment. We therefore reverse the judgment of the court below and render that Ruben Orozco's activity was not in the course and scope of his employment. We reverse and render judgment in favor Appellant. We further order that the Appellant recover from Appellee all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF DECEMBER, 2016.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.